

# United States Department of the Interior

### FISH AND WILDLIFE SERVICE
International Affairs
5275 Leesburg Pike, MS: IA
Falls Church, VA  22041-3803

March 27, 2024

**MEMORANDUM**

To:   Manager, Branch of Wildlife Trade and Conservation
      Division of Management Authority

From: Chief, Branch of Consultation and Monitoring
      Division of Scientific Authority

Re:   Mr. Vernon Bret Padgett's request to establish a new Wild Bird Conservation Act (WBCA) cooperative breeding program, the Captive Breeding Program for Underrepresented Bucerotidae, Ramphastidae and Psittaciformes in Aviculture (PER2858327)

---

The purpose of this memorandum is to notify you that the Division of Scientific Authority has examined the above permit application and made our finding relevant to the issuance criteria at 50 CFR 15.26.  However, we would like to express our potential concern regarding the final disposition of the birds imported by the two previous WBCA cooperative breeding programs (CBP; CB038 and CB042) that were led by the applicant, Brett Padgett, and which were approved for all of the same species requested in this new CBP, except for one.

It is our understanding that the Division of Management Authority (DMA) still has lingering concerns regarding the final disposition of the birds maintained under CB038 and CB042.  The Division of Scientific Authority (DSA) is not currently aware of the details regarding the final disposition issues that DMA has with regards to CB038 and CB042.  However, DSA believes that if an applicant is unable to abide by the conditions of their previous permit(s) (in this case, for a permitted activity that is the same or similar to the activity which the applicant is seeking approval for currently), the applicant should not be granted a new permit to conduct the same or similar activity.