


# United States Department of the Interior

FISH AND WILDLIFE SERVICE
International Affairs
5275 Leesburg Pike, MS: IA
Falls Church, VA 22041-3803

In reply refer to: PER2858327, CB045

September 23, 2024

Vernon Bret Padgett
7555 Spalding Lane
Sandy Springs, Georgia 30350

Dear Mr. Padgett:

This letter responds to your letter of July 25, 2024, requesting to appeal the decision by the Division of Management Authority to uphold the conditions of your approved Cooperative Breeding Program (PER2858327, CB045) under the Wild Bird Conservation Act of 1992 (WBCA) for Underrepresented Bucerotidae, Ramphastidae and Psittaciformes under the WBCA. This letter serves to document the amending of conditions 3 (a-d) and 4 of the original approval letter of April 25, 2024, which responded to your application initially dated April 28, 2023, that you completed on November 20, 2023, and that was received by this office November 20, 2023, for the approval of a cooperative breeding program under the Wild Bird Conservation Act of 1992.

Cooperative Breeding Program 045 was approved after careful review and consideration, under the criteria for approval of cooperative breeding programs contained in our regulations at 50 CFR 15.26. It was the decision of this office to approve your request, subject to the following requirements. This approval is pursuant to Title 50 of the *Code of Federal Regulations*, Section 15.26, as outlined below. Under Section 15.26(e), this approval will be effective for two years from April 25, 2024, and will expire on April 24, 2026.

This cooperative breeding program (CB045) has been approved for the import of:

1. Toco Toucan, *Ramphastos toco*

2. Red Billed Toucan, *Ramphastos tucanus*

3. Channel Billed Toucan, *Ramphastos vitellinus*

4. Green Billed Toucan, *Ramphastos dicolorus*

5. Green Aracari, *Pteroglossus viridis*

6. Saffron Toucanet, *Pteroglossus bailloni*

Padgett, Amended PER2858327 CB045  2

    7. Rufous Hornbill, *Buceros hydrocorax*

    8. Papuan Hornbill, *Rhyticeros plicatus*

    9. Wreathed Hornbill, *Rhyticeros undulatus*

    10. Knobbed Hornbill, *Rhyticeros cassidix*

In your application, you requested approval to import 20 pairs (20.20) of each toucan species and 15 pairs (15.15) of each hornbill species under the cooperative breeding program. Up to these numbers of specimens for each species have been approved for the cooperative breeding program. If you determine that additional specimens will be required to fulfill the goals of this cooperative breeding program, you will be required to submit an amendment application (Form 3-200-49) justifying the need for additional specimens.

The U.S. Fish and Wildlife Service, Division of Management Authority is concerned with the disposal of specimens under your previous captive breeding programs. As the lead cooperator, you are responsible for maintaining accurate records of disposition of birds imported under the cooperative breeding program (CBP) and offspring produced by the CBP, and for ensuring each approved member of the CBP follows all requirements and conditions of the CBP, including those relating to disposition of specimens. Each member of the CBP is required as part of the application to sign a statement that the member is aware of the purposes of the cooperative breeding program and the Wild Bird Conservation Act and will abide by the regulations and conditions placed on the program, if it is approved. Failure of one or more members to follow these requirements weighs heavily against a showing of responsibility and qualification by the lead cooperator under 50 CFR 13.21(b) to carry out the requirements for a CBP, or other permits for similar activities with wildlife.

Please be advised that based on the prior history of non-compliance by one or more members with disposition requirements for CBP038 and CBP042 for which you were lead cooperator, and based on still unresolved questions relating to disposition of specimens under those programs for which we are still awaiting response, any additional non-compliant activities or non-adherence to the conditions of this or another approved cooperative breeding program will be grounds for suspension or revocation of each CBP approval for which you are lead cooperator unless and until such deficiencies are corrected, and will likely have a negative outcome when applying for amendment or renewal of an existing cooperative breeding program or if applying for a new cooperative breeding program, or other permits for similar activities with wildlife. 

In accordance with 50 CFR 13.50, Acceptance of Liability, except as otherwise limited in the case of permits described in § 13.25(d), any person holding a permit under this subchapter B assumes all liability and responsibility for the conduct of any activity conducted under the authority of such permit.

Additionally, pursuant to 50 CFR 13.46, Maintenance of records, from the date of issuance of the permit, the permittee shall maintain complete and accurate records of any taking,

possession, transportation, sale, purchase, barter, exportation, or importation of plants obtained from the wild (excluding seeds) or wildlife pursuant to such permit. Such records shall be kept current and shall include names and addresses of persons with whom any plant obtained from the wild (excluding seeds) or wildlife has been purchased, sold, bartered, or otherwise transferred, and the date of such transaction, and such other information as may be required or appropriate. Such records shall be legibly written or reproducible in English and shall be maintained for five years from the date of expiration of the permit. Permittees who reside or are located in the United States and permittees conducting commercial activities in the United States who reside or are located outside the United States must maintain records at a location in the United States where the records are available for inspection.

Under 50 CFR 13.48, Compliance with conditions of permit, any person holding a permit under subchapter B and any person acting under authority of such permit must comply with all conditions of the permit and with all applicable laws and regulations governing the permitted activity.

As stated in 50 CFR 13.22(a), Applications for renewal, applicants for renewal of a permit must submit a written application at least 30 days prior to the expiration date of the permit. Applicants must certify in the form required by § 13.12(a)(5) that all statements and information in the original application remain current and correct, unless previously changed or corrected. If such information is no longer current or correct, the applicant must provide corrected information.

The certification statement found at 50 CFR 13.12(a)(5) states,

> I hereby certify that I have read and am familiar with the regulations contained in title 50, part 13, of the Code of Federal Regulations and the other applicable parts in subchapter B of chapter I of title 50, Code of Federal Regulations, and I further certify that the information submitted in this application for a permit is complete and accurate to the best of my knowledge and belief. I understand that any false statement herein may subject me to suspension or revocation of this permit and to the criminal penalties of 18 U.S.C. 1001.

Pursuant to 50 CFR 15.26(d), Approval conditions, in addition to the general conditions set forth in part 13 of this subchapter, every approval issued under this paragraph shall be subject to the special condition that the cooperative breeding program shall maintain records of all birds imported under permits issued under this subpart and their progeny, including their sale or transfer, death, or escape, and breeding success. These records shall be made available to the Service on request and when renewing an approval.

The regulations implementing the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES) can be found at 50 CFR part 23. In accordance with 50 CFR 23.34(c), if you intend to engage in international trade with a CITES specimen in the future, you should keep sufficient records to establish your eligibility for a CITES document for as long as you possess the specimen, and if you sell, donate, or transfer ownership of the specimen, you should provide such records on the origin of the specimen to the new owner.

For cooperative breeding programs that include CITES Appendix-I listed species, specimens of those species may only be imported for commercial purposes if they are bred in captivity for commercial purposes and traded under a valid CITES document with source code "D" from a CITES-registered breeding operation. A directory of CITES-registered breeding operations, including U.S. operations, can be found on the CITES website at Register of Captive-Breeding Operations (http://www.cites.org/common/reg/ecb.html).

For those species listed under the Migratory Bird Treaty Act (MBTA), authorization under the MBTA is required in order to import, possess, and sell specimens of MBTA listed species. The implementing regulations for the MBTA can be found at 50 CFR part 21. Additional information on the MBTA can be found at https://www.fws.gov/birds/policies-and-regulations/laws-legislations/migratory-bird-treaty-act.php.

Any application to import CITES or MBTA listed species must include information from the exporter on the origin of the specimens. If the specimens to be imported are captive-bred, the Division of Management Authority may request documentation to demonstrate legal acquisition of the parental stock from which the specimens were derived.

In order to import Australian and Papua New Guinean endemic species, the U.S. Fish and Wildlife Service will require documentation demonstrating the lawful export of the original specimens constituting the founder stock from these Nations, and documentation indicating the sequential ownership (chain of custody) from the original recipient, through all intermediaries of the founder stock, to you as the proposed U.S. Importer of Record. This will also apply to the progeny of the original founding stock exported from these countries and to the descendant bird(s) proposed for import into the United States. Because of concerns about the lawful export of Australian and Papua New Guinean endemic species from these countries, it may be difficult for our office to approve individual import applications due to the possibility of undermining these Nations' stricter domestic legislation for wildlife.

Imports of birds for this cooperative breeding program must meet all applicable requirements. This notice enables members of this cooperative breeding program who are listed below as Program Members, to apply for permits to import the exotic bird species also listed below that are otherwise prohibited from import under 50 CFR 15.11. Please be aware that 50 CFR 15.11(f) states: "It is unlawful for any person subject to the jurisdiction of the United States to engage in any activity with an exotic bird imported under a permit issued pursuant to this part that violates a condition of said permit." The captive breeding program member must submit application form 3-200-48, all required supplemental documentation or information, and the non-refundable processing fee. Please be advised that the processing time for these import permit applications is at least sixty (60) days. Due to the high volume of applications received in this office that time will likely be longer.

Please be advised that non-compliant activities or non-adherence to the conditions of the approved cooperative breeding program will likely have a negative outcome when applying for amendment or renewal of an existing cooperative breeding program or if applying for a new cooperative breeding program.

Below you will find the pertinent information for this captive breeding program.

**Name of Cooperative Breeding Program:**

Cooperative Breeding Program for Underrepresented Bucerotidae, Ramphastidae and Psittaciformes in Aviculture

**Cooperative Breeding Program Number:** 045

**Program Members:**

1. Vernon Bret Padgett (Lead Cooperator),
2. Dallas World Aquarium.

**Oversight Organization:**

Zoological Association of America (ZAA) Conservation Committee

| Species: | Specimens approved: |
|---|---|
| 1. Toco toucan (*Ramphastos toco*) | 20.20 |
| 2. Red-billed toucan (*Ramphastos tucanus*) | 20.20 |
| 3. Channel-billed toucan (*Ramphastos vitellinus*) | 20.20 |
| 4. Green-billed toucan (*Ramphastos dicolorus*) | 20.20 |
| 5. Green aracari (*Pteroglossus viridis*) | 20.20 |
| 6. Saffron toucanet (*Baillonius bailloni*) | 20.20 |
| 7. Rufous hornbill (*Buceros hydrocorax*) | 15.15 |
| 8. Papuan hornbill (*Rhyticeros plicatus*) | 15.15 |
| 9. Wreathed hornbill (*Rhyticeros undulatus*) | 15.15 |
| 10. Knobbed hornbill (*Aceros cassidix*) | 15.15 |

**Expiration Date:** April 24, 2026

**Conditions:**

1. Birds imported under the cooperative breeding agreement must remain within a U.S. Fish and Wildlife Service-approved cooperative breeding program and may not be loaned, sold, or otherwise transferred to individuals outside an approved breeding program for any reason including breeding purposes, unless otherwise authorized by the Division of Management Authority.

2. Imported birds may only be disposed of outside a U.S. Fish and Wildlife Service-approved cooperative breeding program if the specimens are deemed to be genetic surplus or are unable to breed.

Padgett, Amended PER2858327, CB045                                                                 6

      a. Prior to disposal of an imported bird outside an approved program, the lead cooperator (Vernon Bret Padgett) must submit a written request to the Division of Management Authority that includes justification for disposing of the bird and a statement of how the bird will be disposed (e.g., donated to a zoo, sold to a private individual, etc.), prior to the removal of the bird from the program, and must receive approval of the disposal from the U.S. Fish and Wildlife Service, Division of Management Authority. Note: This approval must also be sought whether or not the member possessing the bird is leaving the program. This approval must also be sought whether the member is leaving the program voluntarily, or by decision of the lead cooperator, or by decision of the oversight organization, or by the U.S. Fish and Wildlife Service.

      b. Prior to disposing of a bird outside the program, the bird must be made available to other U.S. Fish and Wildlife Service-approved programs for the species.

      c. The oversight organization for the program [Zoological Association of America (ZAA) Conservation Committee] must provide a letter indicating its agreement with the decision to remove the imported bird from the program.

      d. This approval must also be sought whether the captive breeding program is closing voluntarily or by the U.S. Fish and Wildlife Service.

3. A sufficient number of offspring produced within the program must be retained within the program to fulfill the goals of the cooperative breeding program as outlined in the original approval application, including maintaining a genetically diverse self-sustaining population within the CBP.

      a. Prior to disposal of offspring produced within this cooperative breeding program outside of the approved program or other Service-approved cooperative breeding programs for the species, the lead cooperator (Vernon Bret Padgett) must submit a letter from the oversight organization for the program [Zoological Association of America (ZAA) Conservation Committee] indicating the list of entities and/or individuals (pre-approved list) that possess experience with the same or similar species and facilities suitable to care for the bird's welfare and maintain appropriate records for the life of the bird (e.g., through accession databases or other similar means made available to the oversight organization and the Service), including explanation of the basis of each approval by the oversight organization, to the Service by email to WBCACBP@fws.gov. The list may be amended and re-submitted to the Service at any time during the CBP permit's validity. Additionally, offspring produced within this cooperative breeding program may be disposed of outside of the approved program to members of other Service-approved cooperative breeding programs for the species.

      b. Disposition of offspring to recipients on the pre-approved list or to members of other Service-approved cooperative breeding programs for the species is

allowable so long as the disposition includes written notice to the recipient that the bird(s) were produced as part of a CBP under the WBCA, and therefore require long-term recordkeeping, including maintenance of the information provided in the notification of disposition of offspring under 3.c., which shall be maintained by the recipient for five years from the date of disposition, including making records available to the oversight organization and the Service upon request.

✱ → c. Notification of disposition of offspring including scientific name, unique identification number or mark, hatch date, generation (e.g., F3, F4), Sire ID # & sourced location, Dam ID # & sourced location, date of disposition, justification for disposition outside of CBP045, how the bird was disposed (e.g., retained by a former member, donated to a zoo, loaned for care, etc.), name and address of disposing entity, contact name and email of the disposing entity, name and address of receiving entity, and contact name and email of the receiving entity must be provided to the Service within fourteen (14) calendar days by email to WBCACBP@fws.gov. This report must be provided whether or not the member possessing the bird is leaving the program. This report must also be provided whether the member is leaving the program voluntarily, or by decision of the lead cooperator, or by decision of the oversight organization, or by the U.S. Fish and Wildlife Service.

✱ → d. Within 14 calendar days of the captive breeding program closing, the lead cooperator (Vernon Bret Padgett) must submit a written report on final disposition of all birds produced within this cooperative breeding program, unless previously reported under paragraph 3.a., to the Service by email to WBCACBP@fws.gov that includes the information provided in the notification of disposition of offspring under 3.c. Note: This report must be provided whether the captive breeding program is closing voluntarily or by the U.S. Fish and Wildlife Service.

✱ → 4. Offspring within the program may not be disposed of to any entity not covered by the oversight organization's approval letter (pre-approved list) or outside of other U.S. Fish and Wildlife Service-approved programs for the species, with the exception of a temporary loan for purposes of care, welfare, or rearing of offspring for a short-term period not to exceed 90 days and not to include breeding. Within 14 calendar days of a loan of a bird produced within this cooperative breeding program outside of the approved program for any purpose, the lead cooperator (Vernon Bret Padgett) must submit a written report to the Service by email to WBCACBP@fws.gov that includes information on loaning of the bird as provided in the notification of disposition of offspring under paragraph 3.c.

5. Breeding Members

   a. To add individual(s) to an approved cooperative breeding program, the lead cooperator (Vernon Bret Padgett) must provide the Division of Management

      Authority with their names, contact information, qualifications, and documentation demonstrating breeding success with the same or similar species (documentation must include, but is not limited to, several years of breeding records for the proposed member).

   b. The oversight organization for the program [Zoological Association of America (ZAA) Conservation Committee] must provide written notification indicating that the individual has met the established criteria for acceptance into the cooperative breeding program and endorsing the individual(s) for membership.

   c. Each member of the CBP is required as part of the application to sign a statement that the member is aware of the purposes of the cooperative breeding program and the Wild Bird Conservation Act and will abide by the regulations and conditions placed on the program, if it is approved.

   d. The individual proposed to be added to the program as a breeding member will not be added to the program until approved by the U.S. Fish and Wildlife Service, Division of Management Authority.

6. Non-Breeding Members

   a. If the individual(s) does not plan to breed the specimen(s), the lead cooperator (Vernon Bret Padgett) may designate the individual(s) as a non-breeding member(s).

   b. To include an individual(s) as a non-breeding member of the approved cooperative breeding program, the lead cooperator (Vernon Bret Padgett) must provide the Division of Management Authority with their names, contact information, and qualifications.

   c. The oversight organization for the program [Zoological Association of America (ZAA) Conservation Committee] must provide a letter endorsing the individual(s) as a non-breeding member of the cooperative breeding program.

   d. Each member of the CBP is required as part of the application to sign a statement that the member is aware of the purposes of the cooperative breeding program and the Wild Bird Conservation Act and will abide by the regulations and conditions placed on the program, if it is approved.

   e. The individual proposed to be added to the program as a non-breeding member will not be added to the program until approved by the U.S. Fish and Wildlife Service, Division of Management Authority.

7. For all imported birds, the cooperative breeding program must maintain records containing the:

    a. species,

    b. number,

    c. sex,

    d. dates of import,

    e. countries of origin, and

    f. disposition

    of the imported birds.

8. For birds that died in quarantine, the cooperative breeding program must:

    a. obtain documentation indicating such from the appropriate USDA/APHIS/Veterinary Services office.

9. Each program member must also maintain a record of breeding activity, and provide the records to the lead cooperator (Vernon Bret Padgett), including:

    a. the number of eggs produced,

    b. the number of progeny produced,

    c. the disposition of any progeny,

    d. a record of mortality experienced within the program that includes the location of the bird when it died and the cause, if known.

10. The above listed records must be submitted when the lead cooperator (Vernon Bret Padgett) requests the amendment or renewal of the cooperative breeding program or upon request of the Division of Management Authority.

11. For cooperative breeding programs that include species listed in Appendix-I of the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), specimens of those species may only be imported for commercial purposes if they are bred in captivity for commercial purposes and traded under a valid CITES document with source code "D" from a CITES-registered breeding operation.

12. For those species listed under the U.S. Migratory Bird Treaty Act (MBTA), MBTA authorization is required in order to import, possess, and sell specimens of those species.

13. Any application to import CITES or MBTA listed species must include information from the exporter on the origin of the specimens.

    a. If the specimens to be imported are captive-bred, the Division of Management Authority may request documentation to demonstrate legal acquisition of the parental stock from which the specimens were derived.

14. Request to import Australian and Papua New Guinean endemic species must include documentation demonstrating the lawful export of the original specimens constituting the founder stock from these Nations, and documentation indicating the sequential ownership (chain of custody) from the original recipient, through all intermediaries of the founder sock, to you as the proposed U.S. Importer of Record. This will also apply to the progeny of the original founding stock exported from these countries to the descendent bird(s) proposed for import into the United States.

If you have any questions, please contact Supervisory Policy Specialist, Jorge D. Villavicencio, of this office at U.S. Fish and Wildlife Service, Division of Management Authority, 5275 Leesburg Pike, MS:IA. Falls Church, Virginia 22041, or 703 – 358 – 2483.

Sincerely,

**DANIELLE ROSS-WINSLOW**
Digitally signed by DANIELLE ROSS-WINSLOW
Date: 2024.09.20 11:06:03 -06'00'

Danielle Ross-Winslow, Ph.D., Acting Manager
Branch of Permits
Division of Management Authority