UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF COLUMBIA

---

VERNON BRET PADGETT
    Plaintiff,

v.

DEB HAALAND,
Secretary of the United States Department of Interior
    and
U.S. FISH AND WILDLIFE SERVICE (USFWS),
    Defendants.

:
:  Civil Case No.:
:
:
:
:
:
:
:
:
:

---

## AFFIDAVIT OF VERON BRET PADGETT

Before the undersigned authority, personally appeared was Vernon Bret Padgett who, after being duly sworn, declares the following under penalty of perjury under the laws of the United States:

1. I, Vernon Bret Padgett, am over the age of twenty-one years of age and competent to make this affidavit. I have personal knowledge of the facts set forth in this affidavit.

2. I am the Plaintiff in the above-captioned matter.

3. I have never been cited, issued a civil penalty, or charged with any violation of non-compliance relating to my previous Cooperative Breeding programs 038 and 042.

4. I have never been cited, issued a civil penalty, or charged with any violation of the Wild Bird Conservation Act or the Lacey Act.

5. I have never been non-compliant <u>in any way</u> with regards to my previous Cooperative Breeding Programs 038 and 042.

6. No other member of Cooperative Breeding Programs 038 or 042 was ever cited, issued a civil penalty, or charged with any violation of non-compliance relating to these programs.

7. Jorge Villavicencio, Darcy Vargas, and Hira Levy have made slanderous allegations against me, which are completely false.

P-4: 000021

I, Vernon Bret Padgett affirm that the information contained in the foregoing *Affidavit* is true and correct to the best of my knowledge, information and belief after reasonable inquiry. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief after reasonable inquiry. The undersigned understands verifications herein are made subject to 28 U.S.C. § 1746.

Date: December 17, 2024.

_____
Vernon Bret Padgett, Plaintiff

SWORN TO AND SUBSCRIBED before me, this 17 day of December, 2024.

In this County: Fulton

In this State: Georgia

Signature of Notary: _____

My Commission Expires: 03/18/2026

SEAL

[Notary seal: CONNOR NATHAN TINC, NOTARY PUBLIC, FORSYTH COUNTY, GA, EXP. Mar. 18, 2025]

P-4: 000022